(SPACE BELOW FOR FILING STAMP ONLY)

1  LINDA MILLER SAVITT, SBN 94164
   JONATHAN S. ROSENBERG, SBN 134099
2  DAVID FISHMAN, SBN 217608
   BALLARD ROSENBERG GOLPER & SAVITT, LLP
3  15760 Ventura Boulevard, Eighteenth Floor
   Encino, California 91436
4  Telephone:  (818) 508-3700
   Facsimile:  (818) 506-4827
5
   Attorneys for Defendant
6  CENTENE MANAGEMENT
   COMPANY, LLC
7

8              UNITED STATES DISTRICT COURT

9   EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | LATASHA RICHARDSON,                | Case No. 2:17-CV-01675-MCE-EFB
12 |         Plaintiff,                 | **STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON**
13 |    vs.                             |
14 | CENTENE MANAGEMENT                 | [Fed. R. Civ. P. 41(a)]
   | COMPANY LLC; and, DOES 1 - 25,     |
15 |                                    | Action filed:   August 11, 2017
16 |         Defendants.                | Trial Date:     None Set

17

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

524857.1

1

1    IT IS HEREBY STIPULATED by and between Plaintiff Latasha Richardson

2 and Defendant Centene Management Company, LLC (collectively the "Parties"),

3 through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a), that the

4 entire action shall be dismissed with prejudice, and that the Parties shall bear their

5 own costs and attorneys' fees as against one another.

6

7 DATED:  April 13, 2018           BALLARD ROSENBERG GOLPER &

8                              SAVITT, LLP

9

10                      By: _____

11                         JONATHAN S. ROSENBERG

12                       Attorneys for Defendant

13                       CENTENE MANAGEMENT COMPANY,
                             LLC

14

15 DATED:  April 13, 2018           PERKINS & ASSOCIATES

16

17

18                      By: _____

19                       NATALIA D. ASBILL
                       Attorneys for Plaintiff

20                       LATASHA RICHARDSON

21

22                         **ORDER**

23    IT IS SO ORDERED.

24 DATED: _____

25                       HON. MORRISON C. ENGLAND, JR.

26                       UNITED STATES DISTRICT COURT JUDGE

27

28

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

524857.1                       2