LINDA MILLER SAVITT, SBN 94164
JONATHAN S. ROSENBERG, SBN 134099
DAVID FISHMAN, SBN 217608
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Telephone: (818) 508-3700
Facsimile: (818) 506-4827

Attorneys for Defendant
CENTENE MANAGEMENT
COMPANY, LLC

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LATASHA RICHARDSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTENE MANAGEMENT COMPANY LLC; and, DOES 1 - 25,<br><br>    Defendants. | Case No. 2:17-CV-01675-MCE-EFB<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Action filed:   August 11, 2017<br>Trial Date:     None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

IT IS HEREBY STIPULATED by and between Plaintiff Latasha Richardson and Defendant Centene Management Company, LLC (collectively the "Parties"), through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a), that the entire action shall be dismissed with prejudice, and that the Parties shall bear their own costs and attorneys' fees as against one another.

DATED:  April 26, 2018      BALLARD ROSENBERG GOLPER & SAVITT, LLP

By: _____*/s/ Jonathan S. Rosenberg*_____
         JONATHAN S. ROSENBERG
Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

DATED:  April 26, 2018      PERKINS & ASSOCIATES

By: _____*/s/ Natalia D. Asbill*_____
         NATALIA D. ASBILL
Attorneys for Plaintiff
LATASHA RICHARDSON

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

## <u>ORDER</u>

Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a), the entire action is hereby DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28